**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 97-7762**

—————

DONALD L. SPENCER,

                      Petitioner - Appellant,

    versus

D. A. GARRAGHTY, Warden,

                      Respondent - Appellee.

—————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-97-509)

—————

Submitted: August 18, 1998      Decided: September 8, 1998

—————

Before HAMILTON, LUTTIG, and WILLIAMS, Circuit Judges.

—————

Dismissed by unpublished per curiam opinion.

—————

Donald L. Spencer, Appellant Pro Se. Robert H. Anderson, III, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. <u>Spencer v. Garraghty</u>, No. CA-97-509 (E.D. Va. Oct. 20, 1997). We deny Appellant's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2